IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

vs.                                                  No. 3:08mj378

JOHN D. BRIGGS,
    Defendant.

_____

ORDER

This case was before the court for rearraignment on February 24, 2009. The court determined that the defendant may not have been mentally competent due to untreated depression, and ordered that he be evaluated.

Counsel for defendant has now reported that defendant was admitted to Baptist Behavioral Medicine.

Accordingly, it is ORDERED as follows:

1.    Defendant's counsel shall provide the court, under seal, with an evaluation report within ten (10) days of defendant's discharge from Baptist Behavioral Medicine.

2.    Time for purposes of speedy trial was stayed as of February 24, 2009, chargeable to defendant.

DONE AND ORDERED at Pensacola, Florida this 4th day of March, 2009.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE